AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama, Northern Division_

Michael Coleman and

Jacquard Rashun Merritt

V.

Drug Enforcement Administration, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv665-W

TO: (Name and address of Defendant)

Drug Enforcement Administration
2350 Fairlane Drive
Montgomery, AL 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joe M. Reed
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              8/2/05
CLERK                                          DATE

V Carther
(By) DEPUTY CLERK

❧AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama, Northern Division_____

Michael Coleman and

Jacquard Rashun Merritt

V.

Drug Enforcement Administration, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Hon. Leura G. Canary
United States Attorney
Middle District of Alabama
1 Court Square
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joe M. Reed
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                      8/2/05

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama, Northern Division__

Michael Coleman and

Jacquard Rashun Merritt

V.

Drug Enforcement Administration, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv665-W

TO: (Name and address of Defendant)

Hon. Alberto Gonzales
United States Attorney General
Robert F. Kennedy Justice Bldg.
10th Street N.W. & Constitution Ave.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joe M. Reed
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/2/05