| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) / B. Date of Delivery<br>AUG 0 8 2005<br>C. Signature<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Hon. Alberto Gonzales<br>United States Attorney General<br>Robert F. Kennedy & Justice Bldg.<br>10th Street N.W. & Constitution Ave.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:05cv665 SWC<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7000 1670 0012 1780 7306 | |
| PS Form 3811, March 2001   Domestic Return Receipt | 102595-01-M-1424 |