IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL COLEMAN and <br> JACQUARD RASHUN MERRITT, <br><br> Plaintiffs, <br><br> v. <br><br> DRUG ENFORCEMENT <br> ADMINISTRATION, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: **2:05-CV-0665-W** <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 10-day extension of time, to and including October 18, 2005, within which to file an answer or other response in the above-styled case.   In support of this motion, counsel shows unto the Court the following:

1.  Defendant received plaintiffs' Complaint on or about August 4, 2005.  The current deadline for filing an answer or other response is October 3, 2005.

2.  Defendant has been out of the office for two-weeks on leave for personal reasons.

3.  Moreover, upon review of the report received from the agency, there are additional documents that are necessary to prepare an accurate answer or other response to the complaint.

Plaintiffs' attorney, Joe M. Reed, Esquire, has been contacted and does not oppose this request.

Dated this 3rd day of October, 2005.

          LEURA G. CANARY
          United States Attorney

By: s\R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiffs' attorney, Joe M. Reed, Esquire.

          s/R. Randolph Neeley
          Assistant United States Attorney