**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 4, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Coleman, et al    vs.   Drug Enforcement Admin.**
**Case Number:2:05cv665 (W)**

**Referenced Docket Entry -   Motion for Extension of Time - Doc.  5**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**