IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL COLEMAN and )
JACQUARD RASHUN MERRITT, )
)
Plaintiffs, )
)
v. )
) CIVIL ACTION NO.: **2:05-CV-0665-W**
DRUG ENFORCEMENT )
ADMINISTRATION, et al. )
)
Defendants. )

### MOTION FOR EXTENSION OF TIME

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 10-day extension of time, to and including October 18, 2005, within which to file an answer or other response in the above-styled case. In support of this motion, counsel shows unto the Court the following:

1. Defendant received plaintiffs' Complaint on or about August 4, 2005. The current deadline for filing an answer or other response is October 3, 2005.

2. Defendant has been out of the office for two-weeks on leave for personal reasons.

3. Moreover, upon review of the report received from the agency, there are additional documents that are necessary to prepare an accurate answer or other response to the complaint.

Plaintiffs' attorney, Joe M. Reed, Esquire, has been contacted and does not oppose this request.

**MOTION GRANTED**

THIS _11th_ DAY OF _October_, 20 _05_

_[signature]_
UNITED STATES MAGISTRATE JUDGE