IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL COLEMAN and<br>JACQUARD RASHUN MERRITT,<br><br>Plaintiffs,<br><br>v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: **2:05-CV-0665-W**<br>)<br>)<br>)<br>) |

## SECOND MOTION FOR EXTENSION OF TIME

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an extension of time, to and including October 28, 2005, within which to file an answer or other response in the above-styled case. In support of this motion, counsel shows unto the Court the following:

Counsel for the plaintiff and the defendant have engaged in preliminary conversations which may negate the need for the defendant to respond. Due to the press of other matters, however, the parties need additional time to consult. It is therefore respectfully requested that the defendant be given until Friday, October 28, 2005, in which to answer or otherwise respond to the complaint. The undersigned assures this Court that he will seek no further extensions of the time in which to answer or otherwise respond.

Plaintiffs' attorney, Joe M. Reed, Esquire, has been contacted and does not oppose this request.

**MOTION GRANTED**

THIS 24th DAY OF October, 20 05

_____
UNITED STATES MAGISTRATE JUDGE