IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Michael Coleman and** | * |
| **And** | * |
| **Jacquard Merritt** | * |
| Plaintiffs, | * |
| | *    2:05-cv-00665-SRW |
| **VS.** | |
| | * |
| | * |
| **Drug Enforcement Administration,** | |
| | * |
| **Unknown Transportation and Security** | |
| | * |
| **Administration agents, Unknown Montgomery** | |
| | * |
| **Airport Police Officers** | |
| | * |
| Defendants. | |
| | * |

## MOTION TO DISMISS

Come now the plaintiffs, by and through the undersigned, and hereby move this Honorable Court for dismissal of the above styled action pursuant to Rule 41.  As grounds for such motion, the plaintiffs submit the following:

1. Plaintiffs filed this action on or about July 17, 2005.

2. Plaintiffs believe that the above styled action may be premature, as an alternative disposition of the matter is under review by both the plaintiffs and the defendants.

        Respectfully Submitted,

        __/s/ Joe M. Reed_____
        Joe M. Reed
        Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was served on the Honorable R. Randolph Neeley, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic notification this 27th day of October, 2005.

        ___/s/ Joe M. Reed___
        Joe M. Reed