IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL COLEMAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV665-W |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by plaintiffs on October 27, 2005 (Doc. # 11). Since defendants have not yet answered or filed a motion for summary judgment, it is

ORDERED that the motion is construed as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i), which permits voluntary dismissal by plaintiffs without further order of the court.

DONE, this 28th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE