**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

October 28, 2005

**Notice of Dismissal of Case**

To:   All Parties

Re:   Michael Coleman, et al  v. Drug Enforcement Administration
      Civil Action No.  2:05cv665-W

Pursuant to the Notice of Dismissal filed by the Plaintiffs on October 27, 2005,  this case has been closed and removed from the pending docket of this court.